SEAN TAPP, Appellant, v STATE OF NEW YORK, Respondent.

Submitted March 6, 2006; decided May 11, 2006

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.